1020

THE STATE OF WASHINGTON, *Respondent*, v. RENATA LEE
ABRAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 05-1-01786-2, Leila Mills, J., entered April 17,
2009. *Affirmed* by unpublished opinion per Appelwick, J.,
concurred in by Dwyer, C.J., and Schindler, J.

THE STATE OF WASHINGTON, *Respondent*, v. DAWN M.
MARRAZZO, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 06-1-02086-3, Roger A. Bennett, J., entered
November 10, 2008. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater and Quinn-
Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RYAN JACKSON,
*Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 08-1-00521-0, Anne Hirsch, J., entered
November 18, 2008. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Bridgewater and Quinn-
Brintnall, JJ.